David Bryant WICKS, Plaintiff–Appellant,

v.

Brenda SHELL–ELEAZER; Timothy R. Faloon, Defendants–Appellees.

No. 11–7414.

United States Court of Appeals, Fourth Circuit.

Submitted: April 19, 2012.

Decided: April 25, 2012.

David Bryant Wicks, Appellant Pro Se. Hamilton F. Tyler, Anne Arundel County Office of Law, Annapolis, Maryland; Philip Melton Andrews, Jeremy C.B. Wyatt, Kramon & Graham, PA, Baltimore, Maryland, for Appellees.

Before WILKINSON, DAVIS, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Bryant Wicks appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Wicks v. Shell–Eleazer,* No. 1:11–cv–01570–RDB, 2011 WL 4442832 (D.Md. Sept. 22, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*